# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ADOLFO GONZALEZ-PEDROZA,<br><br>       Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>       Respondents. | Case No.: 26-cv-0398-BJC-KSC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On October 14, 2025, Petitioner Luis Adolfo Gonzalez Pedroza, a 56-year-old citizen of Mexico who last entered the United States in 1997, was detained by Respondents and he remains detained at the Imperial Regional Detention Facility in Calexico, California. ECF No. 1 at ¶¶ 30, 31, 32, 33. On December 16, 2025, Petitioner sought a custody redetermination hearing pursuant to INA § 236(a) but the immigration judge concluded she lacked jurisdiction based on the decision in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025). *Id*. ¶ 35. On January 22, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.

    Respondents filed a response to the petition on January 30, 2026 in which they note

that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025). The court entered final judgment as to the Bond Eligible Class on December 18, 2025. *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than February 20, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated: February 2, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-0316-BJC-AHG